# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 4, 2022

Lyle W. Cayce
Clerk

No. 22-10694
Summary Calendar

Vicker Sichanthavong,

*Plaintiff—Appellant*,

*versus*

Tina Hernandez,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CV-118

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Plaintiff brings the instant action to enforce a decade-old state court judgment for unpaid rent. The district court dismissed his lawsuit for lack of subject matter jurisdiction. Because Plaintiff failed to plead diversity of

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-10694

citizenship or to identify a federal question, we AFFIRM. Accordingly, Plaintiff's pending motions are DENIED as moot.